UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

XAVIER ACOSTA,

Petitioner,

v.

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA, *et al.*,

Respondents.

Case No. 2:26-cv-01297-MMD-MDC

ORDER

Petitioner Xavier Acosta commenced this habeas action by filing an Application to Proceed *In Forma Pauperis* (ECF No. 1 ("IFP")), and a Motion for Appointment of Counsel (ECF No. 1-1 ("Motion")). In his Motion, Acosta refers to a petition for writ of habeas corpus. (ECF No. 1-1 at 2.) Acosta, however, has not filed a petition.

A *pro se* petitioner is required to file his petition for writ of habeas corpus under 28 U.S.C. § 2254 on the Court's approved form. *See* LSR 3-1. The form is important as it provides the Court with necessary information to conduct preliminary review of the petition. Accordingly, Acosta must, within 45 days of the date of this order, file a petition on the Court's form.[1]  In doing so, Acosta is advised to follow the instructions on the form and to refrain from lengthy legal or factual argument.

In addition, Acosta has submitted an IFP application on an incorrect form. The Clerk of the Court will send to Acosta the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same. Acosta has 45 days from the date of this order to pay the filing fee of $5 or file a fully complete IFP

---

[1]Acosta at all times remains responsible for calculating the applicable statute of limitations. By ordering Acosta to file his petition, the Court makes no finding or representation that the petition will be considered timely.

application, which includes pages 1-3 of the Court's approved form and is properly signed by Petitioner on page 3. Acosta is cautioned that this action may be dismissed without prejudice if he fails to timely comply with this order.

It is therefore ordered that the Petitioner must file a petition for writ of habeas corpus on the Court's form within 45 days of this order.

It is further ordered that Petitioner must pay the filing fee of $5 or file a fully complete IFP application within 45 days of this order.

It is further ordered that failure to timely comply with this order will result in the dismissal of the case without prejudice and without further advance notice.

It is further ordered that the Clerk of Court is directed to send Petitioner (1) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with instructions; and (2) the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

DATED THIS 7th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE